## The People, *vs.* Hagar Prince.  *Assault and Battery.*

HAGAR PRINCE, a black woman, was put to the box for
In a prose-
cution for as- trial, charged with committing a violent assault and bat-
sault and bat-
tery, it is too tery on Mr. ——
late to com-     It appeared by the testimony of the witnesses called on
promise after
the jury are behalf of the prosecution, that she came into the house of the
sworn.        prosecutor at the corner of Bayard and Mott-streets, and
commenced beating him in a most violent manner, without

any real or apparent cause. He shoved her out of his house, and at last released himself from her; officers were procured, and the prisoner taken to the police office, and committed to Bridewell.

*Price*, counsel for the prisoner, finding the evidence too strong to resist, and being desirous of saving his client from the effects of a conviction, put this question to the prosecutor : "Will you consent to withdraw the prosecution and release the prisoner, on taking her own recognizance for her good behavior."

*Maxwell, District Attorney*, contended that after the Jury was sworn, and the case had been given to them, the prosecutor could not arrest the proceedings : that the only mode was for the District Attorney to withdraw a Juror, which he should not do in the present case.

*By the Court.* " The District Attorney may withdraw " a Juror or not, as he pleases : we are unanimous that the " proceedings cannot be stayed by any legal act of the prosecutor. The trial must proceed."

The prisoner was found guilty.